VAN NESS FELDMAN LLP
Brian L. Zagon, SBN 142403
Allison E. McAdam, SBN 226836
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone: (925) 282-8016
Email: bzagon@vnf.com
       amcadam@vnf.com

MOYERS MARTIN, LLP
Terry M. Kollmorgen, Admitted *Pro Hac Vice*
401 S. Boston Ave., Ste. 1100
Tulsa, OK 74103
Telephone: (918) 582-5281
Email: tmk@moyersmartin.com

Attorneys for Defendant and Counter-Claimant,
ENERCON SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE WAY, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>ENERCON SERVICES, INC., an Oklahoma corporation; ERM-West, Inc., a/k/a Environmental Resource Management, a California corporation; and Does 1-50,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No: 3:20-cv-03077-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Hon. Judge Edward M. Chen<br><br>Complaint Filed: May 5, 2020 |

The parties have settled their claims against each other.  Pursuant to Federal Rule of Civil Procedure 41, the parties, through their respective counsel, stipulate to the Dismissal with Prejudice of this action, including all claims and counterclaims between the parties, with each party to bear its own attorney's fees and costs.

The parties further stipulate that the Court retain ancillary jurisdiction to enforce the settlement and decide any dispute arising from or relating to the settlement after dismissal of this action.

DATED:  March 17, 2022

VAN NESS FELDMAN LLP

By:  */s/ Brian L. Zagon*
    Brian L. Zagon
    Allison E. McAdam

MOYERS MARTIN, LLP
Terry M. Kollmorgen, Admitted *Pro Hac Vice*

Attorneys for Defendant and Counter-Claimant
ENERCON SERVICES, INC.

DATED:  March 17, 2022

GREBEN | MONROE

By:  */s/ Jan A. Greben*
    Jan A. Greben
    Christine M. Monroe

Attorneys for Plaintiff
GOLDEN GATE WAY, LLC

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

*/s/ Brian L. Zagon*
Brian L. Zagon

## **[PROPOSED] ORDER**

The stipulation between the remaining parties in this action is approved. The entire action, including all claims and counterclaims between the parties, is hereby dismissed with prejudice. The Court retains ancillary jurisdiction to enforce the parties' settlement and decide any dispute arising from the parties' settlement after dismissal of this action.

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE