```
1   VAN NESS FELDMAN LLP
    Brian L. Zagon, SBN 142403
2   Allison E. McAdam, SBN 226836
    3717 Mt. Diablo Blvd., Suite 200
3   Lafayette, CA 94549
    Telephone: (925) 282-8016
4   Email: bzagon@vnf.com
           amcadam@vnf.com
5
    MOYERS MARTIN, LLP
6   Terry M. Kollmorgen, Admitted *Pro Hac Vice*
    401 S. Boston Ave., Ste. 1100
7   Tulsa, OK 74103
    Telephone: (918) 582-5281
8   Email: tmk@moyersmartin.com

9   Attorneys for Defendant and Counter-Claimant,
    ENERCON SERVICES, INC.
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE WAY, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>ENERCON SERVICES, INC., an Oklahoma corporation; ERM-West, Inc., a/k/a Environmental Resource Management, a California corporation; and Does 1-50,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No: 3:20-cv-03077-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Hon. Judge Edward M. Chen<br><br>Complaint Filed: May 5, 2020 |

The parties have settled their claims against each other. Pursuant to Federal Rule of Civil Procedure 41, the parties, through their respective counsel, stipulate to the Dismissal with Prejudice of this action, including all claims and counterclaims between the parties, with each party to bear its own attorney's fees and costs.

The parties further stipulate that the Court retain ancillary jurisdiction to enforce the settlement and decide any dispute arising from or relating to the settlement after dismissal of this action.

DATED: March 17, 2022                    VAN NESS FELDMAN LLP


                                         By: ___/s/ Brian L. Zagon_____
                                             Brian L. Zagon
                                             Allison E. McAdam


                                         MOYERS MARTIN, LLP
                                         Terry M. Kollmorgen, Admitted *Pro Hac Vice*

                                         Attorneys for Defendant and Counter-Claimant
                                         ENERCON SERVICES, INC.


DATED: March 17, 2022                    GREBEN | MONROE


                                         By: ___/s/ Jan A. Greben_____
                                             Jan A. Greben
                                             Christine M. Monroe

                                         Attorneys for Plaintiff
                                         GOLDEN GATE WAY, LLC


I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.


                                           ___/s/ Brian L. Zagon_____
                                              Brian L. Zagon

## [~~PROPOSED~~] ORDER

The stipulation between the remaining parties in this action is approved. The entire action, including all claims and counterclaims between the parties, is hereby dismissed with prejudice. The Court retains ancillary jurisdiction to enforce the parties' settlement and decide any dispute arising from the parties' settlement after dismissal of this action.

IT IS SO ORDERED.

Dated:  April 7, 2022

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE